UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR NELSON PITTS,<br><br>Plaintiff,<br><br>v.<br><br>ANDRE MATEVOUSIAN, et al.,<br><br>Defendants. | 1:19-cv-01029-GSA (PC)<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On July 29, 2019, Plaintiff filed his Complaint and a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 with a certified copy of his prison trust account. (ECF Nos 1, 2.) However, Plaintiff's request to proceed in forma pauperis was not submitted on the form used by this court. Plaintiff shall be granted time to submit a new application to proceed in forma pauperis on the correct form. **Plaintiff does not need to submit another certified copy of his trust account statement.**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

1

2. Within thirty (30) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated:   **August 1, 2019**                      **/s/ Gary S. Austin**
                                                                UNITED STATES MAGISTRATE JUDGE