UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR NELSON PITTS,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDRE MATEVOUSIAN, et al.,<br><br>    Defendants. | 1:19-cv-01029-LJO-GSA-PC<br><br>**ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS TO DISMISS CASE FOR FAILURE TO COMPLY WITH COURT ORDERS**<br>**(ECF No. 11.)**<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO COMPLY WITH ORDERS**<br>**(ECF Nos. 3, 8.)**<br><br>**ORDER FOR CLERK TO SEND PLAINTIFF THE COURT'S FORM FOR CONSENT OR DECLINE OF MAGISTRATE JUDGE JURISDICTION**<br><br>**THIRTY-DAY DEADLINE FOR PLAINTIFF TO COMPLETE AND SUBMIT CONSENT/DECLINE FORM** |

    On December 5, 2019, the court entered findings and recommendations, recommending that this case be dismissed for Plaintiff's failure to obey court orders. (ECF No. 11.) On December 23, 2019, Plaintiff filed objections to the findings and recommendations. (ECF No. 12.) In his objections, Plaintiff states that he failed to respond to the court's orders because he did not understand what was expected of him. Plaintiff asserts that he thought he was free to

withhold consent without adverse consequences.  Plaintiff also reports that between December 4, 2019 and December 12, 2019, he was on suicide watch and his mental condition was impaired.

Under the circumstances, the court shall withdraw its findings and recommendations and grant Plaintiff another opportunity to complete and return the court's form indicating whether he consents to or declines magistrate judge jurisdiction.  Plaintiff must <u>make a choice</u> between consenting and declining; if Plaintiff chooses to withhold consent, he should decline magistrate judge jurisdiction.  The Clerk of Court shall be directed to send Plaintiff a consent/decline form with this order.  Plaintiff is granted thirty days from the date of service of this order in which to complete the form and return it to the court.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's findings and recommendations entered on December 5, 2019, are WITHDRAWN;
2. The Clerk of Court is DIRECTED to send Plaintiff the court's form indicating whether he consents to or declines magistrate judge jurisdiction;
3. Within thirty days from the date of service of this order, Plaintiff is required to complete the consent/decline form and return it to the court; and
4. Plaintiff's failure to comply with this order may result in the dismissal of this case.

IT IS SO ORDERED.

Dated: **January 6, 2020**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE