UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR NELSON PITTS,<br><br>          Plaintiff,<br><br>     vs.<br><br>ANDRE MATEVOUSIAN, et al.,<br><br>          Defendants. | No. 1:19-cv-01029-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTON AND/OR TEMPORARY RESTRAINING ORDER<br><br>(Doc. Nos. 17, 21.) |

Edgar Nelson Pitts ("plaintiff") is a federal prisoner proceeding *pro se* with this civil rights action pursuant to *Bivens vs. Six Unknown Agents*, 403 U.S. 388 (1971). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 29, 2020, findings and recommendations were issued, recommending that plaintiff's motion for a preliminary injunction and/or temporary restraining order, filed on January 27, 2020, be denied because the requested injunctive relief would not remedy any of the alleged harms asserted in plaintiff's claim(s) in this case. (Doc. No. 21.) The parties were granted fourteen days in which to file objections to the findings and recommendations. (*Id.*) The time for filing objections has now expired, and no objections have been filed.

/////

/////

1

1 | In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this
2 | court has conducted a *de novo* review of this case. Having carefully reviewed the entire file,
3 | the court finds the findings and recommendations to be supported by the record and proper
4 | analysis.
5 |     Accordingly, **THE COURT HEREBY ORDERS** that:
6 |     1.    The findings and recommendations (Doc. No. 21) issued by the magistrate judge
7 |         on June 29, 2020, are ADOPTED IN FULL;
8 |     2.    Plaintiff's motion for a preliminary injunction and/or temporary restraining
9 |         order, filed on January 27, 2020 (Doc. No. 17), is DENIED; and
10 |     3.    This case is referred back to the magistrate judge for further proceedings.
11 |
12 | IT IS SO ORDERED.
13 |     Dated: **August 18, 2020**        /s/ Dale A. Drozd
14 |                                       UNITED STATES DISTRICT JUDGE